UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

DENNIS ANDERSON )
)
v. ) No.  1:07-CV-151; 1:05-CR-92
) *Collier/Lee*
UNITED STATES OF AMERICA )

## **MEMORANDUM**

Dennis Anderson ("Anderson") has filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Court File No.316).[1] However, Anderson failed to provide any factual support for each ground he raised in his § 2255 motion. Therefore, the Court concluded Anderson's § 2255 motion was insufficient and, on July 17, 2007, ordered him to file, within ten days from the date of the Order, his supporting memorandum of law or the facts to support each ground alleged in his § 2255 motion (Court File No. 318). The Court notified Anderson his failure to comply with the Order would result in a dismissal of his motion.

On August 22, 2007, the Court entered a Show Cause Order due to Anderson's failure to comply with its July 17, 2007 Order (Court File No. 319). The Show Cause Order directed Anderson to show cause, within ten days from the date of the Order, why the action should not be dismissed and he was forewarned that failure to comply with the Show Cause Order within ten days from the date of the Order would result in the dismissal of the case without further notice from the Court.

Anderson has failed to return a sufficient motion or file a memorandum of law or the facts

---

[1] Citations to docket entries will refer to the criminal court case file. All filings in this § 2255 proceeding shall be filed in the criminal court case file (1:05-cr-92).

to support each ground alleged in his § 2255 motion. Moreover, Anderson has failed to respond to the Courts Orders. Therefore, this action will be **DISMISSED** *sua sponte* for failure to comply with the orders of this Court. FED. R. CIV. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

An appropriate judgment will enter.

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**